# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINE E. UNDERWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>M. KNOWLES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-00986-GSA PC<br><br>ORDER AUTHORIZING SERVICE OF COMPLAINT ON COGNIZABLE RETALIATION AND EXCESSIVE FORCE CLAIMS, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Valentine E. Underwood, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 17, 2008. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Northcutt and Martin for retaliation in violation of the First Amendment; and against Defendants Northcutt, Martin, Caviness, Lantz, Trujillo, Truitt, and Fambrough for use of excessive physical force in violation of the Eighth Amendment. Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007). All other claims were found to be non-cognizable and were dismissed from this action, along with all named defendants except those listed above.

Accordingly, it is HEREBY ORDERED that:

1. Service of the complaint is authorized and shall be initiated on the following defendants:

    **C/O M. NORTHCUTT**

1

|   |   |
|---|---|
| 1 | **C/O S. MARTIN** |
| 2 | **C/O D. CAVINESS** |
| 3 | **SGT. S. LANTZ** |
| 4 | **C/O A. TRUJILLO** |
| 5 | **C/O P. TRUITT** |
| 6 | **C/O J. FAMBROUGH** |

2. The Clerk of the Court shall send Plaintiff seven (7) USM-285 forms, seven (7) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed July 17, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Eight (8) copies of the endorsed complaint filed July 17, 2008.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **October 21, 2009**                    /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE