|   |   |
|---|---|
| VALENTINE E. UNDERWOOD, | 1:08-cv-00986-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 76.) |
| M. KNOWLES, et al., | ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY |
| Defendants. | INJUNCTION |
|   | (Docs. 48, 52.) |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Valentine E. Underwood ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 17, 2010, findings and recommendations were entered, recommending that plaintiff's motions for preliminary injunction, filed on April 21, 2010 and July 6, 2010, be denied for lack of jurisdiction. On January 14, 2011, Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on December 17, 2010, are ADOPTED in full; and

2. Plaintiff's motions for preliminary injunction, filed on April 21, 2010 and July 6, 2010, are DENIED for lack of jurisdiction.

IT IS SO ORDERED.

Dated:   February 9, 2011

CHIEF UNITED STATES DISTRICT JUDGE

2