# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINE UNDERWOOD, | 1:08-cv-00986-GSA-PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE |
| v. | |
| W. J. SULLIVAN, et al., | (Doc. 113.) |
| Defendants. | |

Valentine Underwood ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action on July 17, 2008. (Doc. 1.) The parties have consented to the jurisdiction of a Magistrate Judge within the meaning of 28 U.S.C. § 636(c), and on June 15, 2011, this case was reassigned to the undersigned for all further proceedings, including trial and entry of final judgment. (Doc. 102.) This action is now in the discovery phase. (Doc. 91.) On October 4, 2011, Defendants filed a motion seeking leave to depose Plaintiff by video conference. Fed. R. Civ. P. 30(b)(4). (Doc. 113.)

Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **October 5, 2011**          /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE