1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINE UNDERWOOD, | Case No.  1:08-cv-00986-BAM-PC |
| Plaintiff, | |
| | ORDER SETTING TELEPHONIC TRIAL SCHEDULING HEARING |
| v. | |
| S. MARTIN, et al., | HEARING DATE: |
| Defendants. | **April 21, 2016 at 10:00 a.m.** |

Jury trial of this matter is set for August 30, 2016, at 8:30 a.m.  Due to the unavailability of the Court, the August 30, 2016, trial date will need to be advanced or continued.  The Court sets this matter for a telephonic trial scheduling hearing on April 21, 2016, at 10:00 a.m. Counsel for Defendants is directed to initiate the call and arrange for the telephonic participation of Plaintiff.  Counsel is directed to call the Court at (559) 499-5789.

IT IS SO ORDERED.

Dated:   __April 1, 2016__                  ___/s/ Barbara A. McAuliffe___
                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28