UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINE UNDERWOOD,<br><br>                Plaintiff,<br><br>v.<br><br>S. MARTIN, et al.,<br><br>                Defendants. | Case No. 1:08-cv-00986-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE VALENTINE UNDERWOOD, CDCR # K-84486<br><br>DATE: 05/23/2016<br>TIME:  11:00 a.m.<br>COURTROOM: 9 (SAB) |

      Inmate Valentine Underwood, CDCR # K-84486, a necessary and material witness on his own behalf in proceedings in this case on 05/23/2016, is confined at Salinas Valley State Prison (SVSP), in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Stanley A. Boone at the U. S. District Court, Courtroom 9, 2500 Tulare Street, Fresno, California, 93721, on Monday, May 23, 2016, at 11:00 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2.   The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To the Warden of SVSP, 31625 Highway 101, Soledad, CA 93960:**

      **WE COMMAND** you to produce the inmate named above,  **along with his legal property**, to testify in the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **April 28, 2016**

                                                       UNITED STATES MAGISTRATE JUDGE

