# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINE UNDERWOOD,<br><br>            Plaintiff,<br><br>     v.<br><br>S. MARTIN, et al.,<br><br>            Defendants. | Case No. 1:08-cv-00986-BAM-PC<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF FOR SETTLEMENT CONFERENCE<br><br>(ECF NO. 180) |

This matter was set for a settlement conference before the undersigned on May 23, 2016, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse on May 23, 2016, at 11:30 a.m. The settlement conference has concluded.

Accordingly, Plaintiff Valentine Underwood, CDCR No. K-84486, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **May 23, 2016**

UNITED STATES MAGISTRATE JUDGE

1