1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINE E. UNDERWOOD, | Case No.  1:08-cv-00986-BAM PC |
| Plaintiff, | ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS OF PAYMENT OF SETTLEMENT |
| v. | |
| M. KNOWLES, et al., | |
| Defendants. | |

The Court conducted a settlement conference in this action on May 23, 2016, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1.  All pending matters and dates in this action are VACATED;

2.  Within ninety (90) days of receipt of all settlement documents from the Plaintiff, including payee information, Defendants shall pay the settlement amount;

3.  If the settlement amount is not paid with the ninety days, Defendant shall set a telephonic conference to be heard within ten (10) days of the expiration of the ninety day period;

4.  The parties shall file dispositional documents within thirty (30) days from the date of payment of the settlement amount; and

/ / /

1

1    5.    This Court shall retain jurisdiction to enforce the settlement agreement reached by

2          the parties should an issue arise before dismissal of the action;

3  .

4

5  IT IS SO ORDERED.

6  Dated:   **May 24, 2016**

   UNITED STATES MAGISTRATE JUDGE