# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINE E. UNDERWOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. KNOWLES, et al.,<br><br>　　　　Defendants. | Case No.  1:08-cv-00986-BAM PC<br><br>ORDER DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN FOURTEEN DAYS |

The Court conducted a settlement conference in this action on May 23, 2016, at which the parties reached a settlement agreement. Subsequently, defense counsel informed the Court that the settlement payment was issued in accordance with Plaintiff's directions, on or about September 12, 2016. (ECF No. 187.)

By this Court's May 24, 2016 order, the parties were required to file dispositional documents within thirty (30) days from the date of payment of the settlement amount. (ECF No. 184.) More than thirty (30) days have passed, and the parties have not yet filed those documents.

///

///

///

///

Accordingly, it is HEREBY ORDERED that:

1. The parties shall file dispositional documents within fourteen (14) days from the date of service of this order; and
2. This Court shall retain jurisdiction to enforce the settlement agreement reached by the parties should an issue arise before dismissal of the action.

IT IS SO ORDERED.

Dated:  **November 7, 2016**

UNITED STATES MAGISTRATE JUDGE